# EXHIBIT A

| Borrower/Client | LYNN WILLIAMS | | | File No. | WILLIAMS-777 |
|---|---|---|---|---|---|
| Property Address | 282 HAMPDEN ROAD | | | | |
| City  UPPER DARBY | | County  DELAWARE | State  PA | Zip Code | 19082-4807 |
| Lender  N/A | | | | | |



Date of Valuation
9/26/2011

282 HAMPDEN ROAD
AS RECORDED IN DEED
UPPER DARBY, PA 19082-4807

For

LYNN WILLIAMS

## TABLE OF CONTENTS

Invoice .................................................................................................................................................................. 1
GP Residential ..................................................................................................................................................... 2
Text Addendum .................................................................................................................................................... 5
Building Sketch (Page - 1) ................................................................................................................................... 6
Subject Photos ..................................................................................................................................................... 7
Comparable Photos 1-3 ....................................................................................................................................... 8
Location Map ....................................................................................................................................................... 9

# INVOICE

**FROM:**
ADVANTAGE APPRAISAL SERVICES
PO BOX 980
SOUTHAMPTON PA. 18966

Telephone Number:　　　　　Fax Number:

**TO:**
LYNN WILLIAMS

Telephone Number:　　　　　Fax Number:
Alternate Number:　　　　　E-Mail:

**INVOICE NUMBER:** WILLIAMS 777
**DATE:** 9/26/2011

**REFERENCE**
Internal Order #: WILLIAMS 777
Lender Case #:
Client File #:
Main File # on form: WILLIAMS-777
Other File # on form:
Federal Tax ID:
Employer ID:

## DESCRIPTION

| | |
|---|---|
| Lender: N/A | Client: LYNN WILLIAMS |
| Purchaser/Borrower: N/A | |
| Property Address: 282 HAMPDEN ROAD | |
| City: UPPER DARBY | |
| County: DELAWARE | State: PA    Zip: 19082-4807 |
| Legal Description: AS RECORDED IN DEED | |

## FEES

| Description | AMOUNT |
|---|---|
| Full Appraisal | 0.00 |
| **SUBTOTAL** | **0.00** |

## PAYMENTS

| | | | AMOUNT |
|---|---|---|---|
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |

PAID IN FULL AT THE TIME OF INSPECTION

**SUBTOTAL**

THANK YOU FOR YOUR BUSINESS

**TOTAL DUE** $ 0.00

# RESIDENTIAL APPRAISAL SUMMARY REPORT
File No.: WILLIAMS-777

## SUBJECT
- **Property Address:** 282 HAMPDEN ROAD   **City:** UPPER DARBY   **State:** PA   **Zip Code:** 19082-4807
- **County:** DELAWARE
- **Legal Description:** AS RECORDED IN DEED
- **Assessor's Parcel #:** 16-03-00796-00
- **Tax Year:** 2011   **R.E. Taxes:** $2,903.00   **Special Assessments:** $0.00   **Borrower (if applicable):** N/A
- **Current Owner of Record:** LYNN WILLIAMS   **Occupant:** ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing
- **Project Type:** ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) RESIDENTIAL HOMES   **HOA:** $ ☐ per year ☐ per month
- **Market Area Name:** UPPER DARBY   **Map Reference:** 8100 C3 Rnd Mcnally   **Census Tract:** 4004.01

## ASSIGNMENT
- The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
- This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
- Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe) STANDARD FEE SIMPLE RIGHTS
- **Intended Use:** THE INTENDED USE OF THIS REPORT IS DETERMINE THE FAIR MARKET VALUE FOR THE SUBJECT PROPERTY.
- **Intended User(s) (by name or type):**
- **Client:** LYNN WILLIAMS   **Address:** 282 HAMPDEN ROAD UPPER DARBY PA 19082
- **Appraiser:** JOHN J FLANNERY   **Address:** PO BOX 980 SOUTHAMPTON PA 18966

## MARKET AREA DESCRIPTION
- **Location:** ☐ Urban ☒ Suburban ☐ Rural
- **Built up:** ☐ Over 75% ☒ 25-75% ☐ Under 25%
- **Growth rate:** ☐ Rapid ☒ Stable ☐ Slow
- **Property values:** ☐ Increasing ☒ Stable ☒ Declining
- **Demand/supply:** ☐ Shortage ☒ In Balance ☐ Over Supply
- **Marketing time:** ☒ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos.

**Predominant Occupancy:** ☒ Owner 90   ☒ Tenant 5   ☒ Vacant (0-5%)   ☐ Vacant (>5%)

**One-Unit Housing:** PRICE $(000) 20 Low / 420 High / 190 Pred   AGE (yrs) 0 Low / 120 High / 70 Pred

**Present Land Use:** One-Unit 90%, 2-4 Unit 1%, Multi-Unit 1%, Comm'l 4%, OPEN 4%

**Change in Land Use:** ☒ Not Likely ☐ Likely * ☐ In Process *   *To:

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): PROPERTY VALUES HAVE BEEN STABLE TO SLIGHTLY DECLINING. MORTGAGES ARE READILY AVAILABLE IN THE 4-9.5% RANGE FOR LONG TERM FINANCING. IF PRICED COMPETITIVELY MARKETING TIME IS IN THE 0 TO 6 MONTH RANGE. MARKET CONDITION ADJUSTMENTS WILL BE APPLIED IF JUSTIFIED.

## SITE DESCRIPTION
- **Dimensions:** 18.00 X 76.25   **Site Area:** 1,373 Sq.Ft.
- **Zoning Classification:** RESIDENTIAL   **Description:** RESIDENTIAL 2 STY
- **Zoning Compliance:** ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
- **Are CC&Rs applicable?** ☐ Yes ☒ No ☐ Unknown   **Have the documents been reviewed?** ☐ Yes ☒ No   **Ground Rent (if applicable)** $ N/A / N/A
- **Highest & Best Use as improved:** ☒ Present use, or ☐ Other use (explain) THE SUBJECT USE IS RESIDENTIAL WHICH IS THE HIGHEST AND BEST USE AT THE TIME OF INSPECTION.
- **Actual Use as of Effective Date:** RESIDENTIAL DWELLING   **Use as appraised in this report:** RESIDENTIAL DWELLING
- **Summary of Highest & Best Use:** THE HIGHEST AND BEST USE IS RESIDENTIAL. AS COMPARED TO OTHER USES WHICH APPEAR NOT TO BE FINANCIAL FEASIBLE. IN THE SUBJECT'S MARKET PLACE RESIDENTIAL USE IS IN CONFORMITY.

**Utilities** (Public / Other / Provider/Description):
- Electricity ☒ / ☐ / PUBLIC
- Gas ☒ / ☐ / PUBLIC
- Water ☒ / ☐ / PUBLIC
- Sanitary Sewer ☒ / ☐ / PUBLIC
- Storm Sewer ☒ / ☐ / PUBLIC

**Off-site Improvements** (Type / Public / Private):
- Street MACADAM ☒ / ☐
- Curb/Gutter CONCRETE ☒ / ☐
- Sidewalk CONCRETE ☒ / ☐
- Street Lights OVERHEAD ☒ / ☐
- Alley REAR ☒ / ☐

- **Topography:** MOSTLY LEVEL
- **Size:** AVERAGE
- **Shape:** SLIGHTLY IRREGULAR
- **Drainage:** AVERAGE
- **View:** AVERAGE

- **Other site elements:** ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☒ Other (describe) STANDARD
- **FEMA Spec'l Flood Hazard Area:** ☐ Yes ☒ No   **FEMA Flood Zone** X   **FEMA Map #** 42045C0109F   **FEMA Map Date** 11/18/2009
- **Site Comments:** THE SITE WAS FOUND TO BE TYPICAL IN SIZE, SHAPE, AND UTILITY. NO ADVERSE EASEMENTS, ENCROACHMENTS OR OTHER ADVERSE CONDITIONS NOTED AT THE TIME OF INSPECTION.

## DESCRIPTION OF THE IMPROVEMENTS

**General Description**
- # of Units: 1   ☐ Acc.Unit
- # of Stories: 2 STORY
- Type: ☒ Det. ☒ Att. ☐ ATT
- Design (Style): ROW
- ☒ Existing ☐ Proposed ☐ Und.Cons.
- Actual Age (Yrs.): 70+- YRS
- Effective Age (Yrs.): 25

**Exterior Description**
- Foundation: CONC/STN /A
- Exterior Walls: BRICK/STN/AV
- Roof Surface: ASPH/AV
- Gutters & Dwnspts.: ALUMINUM/A
- Window Type: /VIN/ALUM/AVG
- Storm/Screens: ALUMINUM/A

**Foundation**
- Slab: NONE
- Crawl Space: NONE
- Basement: FULL BSMNT
- Sump Pump: ☐ NONE
- Dampness: ☐ NONE
- Settlement: SOME
- Infestation: NONE

**Basement** ☐ None
- Area Sq. Ft.: 612
- % Finished: 55
- Ceiling: JOIST/DW/
- Walls: DW/CONC
- Floor: CONC/CRPT
- Outside Entry: NONE

**Heating**
- Type: HW
- Fuel: GAS

**Cooling:** WALL UNIT
- Central: ☐
- Other: ☐

**Interior Description**
- Floors: HARDWOOD /AV
- Walls: DW/PANEL/AVG
- Trim/Finish: WOOD/AVG
- Bath Floor: /VINYL /AVG
- Bath Wainscot: FIB/ CERT/AVG
- Doors: WOOD/ AVG

**Appliances**
- Refrigerator ☐
- Range/Oven ☒
- Disposal ☐
- Dishwasher ☒
- Fan/Hood ☒
- Microwave ☐
- Washer/Dryer ☐

**Attic** ☒ None
- Stairs ☐
- Drop Stair ☒
- Scuttle ☐
- Doorway ☐
- Floor ☐
- Heated ☐
- Finished ☐

**Amenities**
- Fireplace(s) # NONE   Woodstove(s) # NONE
- Patio REAR
- Deck NONE
- Porch FRONT
- Fence REAR
- Pool NONE

**Car Storage** ☒ None
- Garage # of cars ( Tot.)
- Attach.
- Detach.
- Bit.-In
- Carport
- Driveway 1
- Surface CONCRETE

**Finished area above grade contains:** 6 Rooms   3 Bedrooms   1 Bath(s)   1,224 Square Feet of Gross Living Area Above Grade

**Additional features:** THE SUBJECT OFFERS AN ADEQUATE 100 AMP CIRCUIT BREAKER, AN A ADEQUATE HOW WATER SYSTEM.

**Describe the condition of the property (including physical, functional and external obsolescence):** THE SUBJECT'S STYLE AND DESIGN CONFORM WITH THE SURROUNDING NEIGHBORHOOD. THE SUBJECT NEEDS NO MAJOR REPAIRS. NO EXTERNAL OBSOLESCENCE WAS NOTED, FUNCTIONAL OBSOLESCENCE WAS NOT OBSERVED. THE OVERALL CONDITION OF THE SUBJECT IS AVG WITH AVG BUYER APPEAL. THE SUBJECT'S IS MAINTAINED BUT OLDER THROUGH OUT. THE NEED MINOR REPAIRS EXTERIOR CONCRETE, EXTERIOR PAINTING, REAR DOOR WINDOW, PLUS SOME COSMETICS.

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: WILLIAMS-777

## Transfer History

| | |
|---|---|
| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | |
| Data Source(s): ACCORDING TO PUBLIC RECORDS THE SUBJECT HAS NO PRIOR SALES OR TRANSFERS IN THE LAST 36 MONTHS | |
| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: THE PRIOR SALE OF THE SUBJECT IS NOTED AND APPEARS TO BE A STANDARD TRANFERS |
| Date: 9/21/2004 | |
| Price: 94,900 | |
| Source(s): PUB RECORD | |
| 2nd Prior Subject Sale/Transfer | |
| Date: N/A | |
| Price: N/A | |
| Source(s): N/A | |

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 282 HAMPDEN ROAD UPPER DARBY, PA 19082-4807 | 230 KINGSTON ROAD UPPER DARBY, PA 19082 | | 226 AVON ROAD UPPER DARBY, PA 19082 | | 529 HAMPDEN ROAD UPPER DARBY, PA 19082 | |
| Proximity to Subject | | 0.22 miles | | 0.22 miles | | 0.23 miles | |
| Sale Price | $ N/A | $ 68,000 | | $ 60,000 | | $ 65,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 53.50 /sq.ft. | | $ 44.48 /sq.ft. | | $ 62.26 /sq.ft. | |
| Data Source(s) | PUB RECORD | PUB RECORD | | PUB RECORD | | PUBLIC RECORD | |
| Verification Source(s) | MLS/INSPECT | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/A | CONVENTIONAL NONE NOTED | | CASH NONE NOTED | | FHA NONE NOTED | |
| Date of Sale/Time | N/A | 7/19/2011 CL | | 7/22/2011 CL | | 8/9/2011 CL | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Site | 1,373 Sq.Ft. | 1,200 SF | | 1,200 SF | | 1,120 SF | |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design (Style) | ROW | ROW | | ROW | | ROW | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 70+- YRS | 84+- YRS | | 83+- YRS | | 79+- YRS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 6 / Bdrms 3 / Baths 1 | Total 6 / Bdrms 3 / Baths 1 | | Total 6 / Bdrms 3 / Baths 1 | | Total 6 / Bdrms 3 / Baths 1 | |
| Gross Living Area | 1,224 sq.ft. | 1,271 sq.ft. | | 1,349 sq.ft. | -1,875 | 1,044 sq.ft. | +2,700 |
| Basement & Finished Rooms Below Grade | FINISHED BASEMENT /BATH | UNFINISHED BASEMENT | +4,000 | FINISHED BASEMENT | +2,000 | FINISHED BASEMENT | +2,000 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | GHW/ NO CA | GHW/ NO CA | | GHW/ NO CA | | GHW/ NO CA | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | NO GARAGE | 1 CAR GARAGE | -1,500 | 1 CAR GARAGE | -1,500 | 1 CAR GARAGE | -1,500 |
| Porch/Patio/Deck | PORCH /PATIO | PORCH/PATIO | | PORCH/DECK | | PORCH/PATIO | |
| DAYS ON MARKET | N/A | 66 DOM | | 54 DOM | | 73 DOM | |
| KITCHEN | MODERN | UPDATED | -6,000 | MODERN | | MODERN | |
| Net Adjustment (Total) | | ☐ + ☒ - $ 3,500 | | ☐ + ☒ - $ 1,375 | | ☒ + ☐ - $ 3,200 | |
| Adjusted Sale Price of Comparables | | $ 64,500 | | $ 58,625 | | $ 68,200 | |

Summary of Sales Comparison Approach   ALL COMPARABLES ARE CONFIRMED CLOSED SALES. THE SALES USED ARE ALL LOCATED IN THE IMMEDIATE MARKETING AREA AND ARE CONSIDERED RELIABLE INDICATORS OF VALUE AND THE BEST AVAILABLE AT THE TIME OF INSPECTION. ADJUSTMENTS HAVE BEEN APPLIED IN A MANNER REFLECTIVE OF A TYPICAL BUYER REACTION IN THIS MARKET (SEE ATTACHED ADDENDUM FOR ADDITIONAL COMMENTS.).

Indicated Value by Sales Comparison Approach $ 64,000

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

## COST APPROACH TO VALUE (if developed) ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): THIS SECTION IS NOT APPLICABLE.

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW
Source of cost data: N/A
Quality rating from cost service:          Effective date of cost data:
Comments on Cost Approach (gross living area calculations, depreciation, etc.):
THIS SECTION IS NOT APPLICABLE.

| | |
|---|---|
| OPINION OF SITE VALUE | = $ |
| DWELLING  Sq.Ft. @ $ | = $ |
| Sq.Ft. @ $ | = $ |
| Sq.Ft. @ $ | = $ |
| Sq.Ft. @ $ | = $ |
| Sq.Ft. @ $ | = $ |
| | = $ |
| Garage/Carport  Sq.Ft. @ $ | = $ |
| Total Estimate of Cost-New | = $ |
| Less  Physical  Functional  External | |
| Depreciation | = $( ) |
| Depreciated Cost of Improvements | = $ |
| "As-Is" Value of Site Improvements | = $ |
| | = $ |
| | = $ |

Estimated Remaining Economic Life (if required): 35 Years  INDICATED VALUE BY COST APPROACH = $

## INCOME APPROACH TO VALUE (if developed)  ☒ The Income Approach was not developed for this appraisal.
Estimated Monthly Market Rent $  N/A   X Gross Rent Multiplier  N/A  = $     Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM):

## PROJECT INFORMATION FOR PUDs (if applicable)  ☐ The Subject is part of a Planned Unit Development.
Legal Name of Project: THIS SECTION IS NOT APPLICABLE
Describe common elements and recreational facilities: N/A

Indicated Value by: Sales Comparison Approach $ 64,000    Cost Approach (if developed) $    Income Approach (if developed) $
Final Reconciliation THE MARKET APPROACH WAS USED AS THE PRINCIPLE INDICATOR OF VALUE. IT TENDS TO REFLECT THE ACTIONS OF TYPICAL BUYERS AND SELLERS IN THE MARKET. THE COST APPROACH WAS NOT DEVELOPED DUE TO THE AGE OF THE PROPERTY. THE INCOME APPROACH WAS NOT DEVELOPED DUE TO THE LACK OF RELIABLE MARKET DATA.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: THE APPRAISAL IS MADE ON AN "AS IS" BASIS FOR REAL PROPERTY ONLY.NO MAJOR REPAIRS NOTED. (SEE ADDENDUM) ALL UTILITIES WERE ON AND OPERATIONAL
☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.
Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 64,000 , as of: 9/26/2011 , which is the effective date of this appraisal.
If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.
A true and complete copy of this report contains 10 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work        ☒ Limiting Cond./Certifications   ☒ Narrative Addendum    ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda          ☒ Additional Sales                ☐ Cost Addendum         ☐ Flood Addendum       ☐ Manuf. House Addendum
☐ Hypothetical Conditions ☐ Extraordinary Assumptions    ☐                       ☐                      ☐

Client Contact:                                      Client Name: LYNN WILLIAMS
E-Mail:                                              Address: 282 HAMPDEN ROAD UPPER DARBY PA 19082

### APPRAISER
*[signature: John J Flannery]*

Appraiser Name: JOHN J FLANNERY
Company: ADVANTAGE APPRAISAL SERVICES
Phone: 215-833-3892      Fax:
E-Mail: johncoil2@verizon.net
Date of Report (Signature): September 13, 2010
License or Certification #: RL-003499     State: PA
Designation: RESIDENTIAL CERTIFIED
Expiration Date of License or Certification: 6/30/2013
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: 9/26/2011

### SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Supervisory or Co-Appraiser Name:
Company:
Phone:      Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:     State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

**GP RESIDENTIAL**  Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE         3/2007

| | | | | |
|---|---|---|---|---|
| Borrower/Client | N/A | | | |
| Property Address | 282 HAMPDEN ROAD | | | |
| City UPPER DARBY | County DELAWARE | State PA | Zip Code 19082-4807 | |
| Lender N/A | | | | |

THE SUBJECT IS LOCATED IN THE UPPER DARBY TOWNSHIP SECTION OF DELAWARE COUNTY AND IS COMMON AND TYPICAL TO OTHER SINGLE FAMILY DWELLINGS LOCATED IN THE NEIGHBORHOOD.

BECAUSE ACTUAL MEASUREMENT OF THE COMPARABLES IS NOT POSSIBLE AND NO RELIABLE PUBLIC DATA SOURCE IS AVAILABLE WHICH IDENTIFIES SQUARE FOOTAGE, THE GROSS LIVING AREA OF THE COMPARABLES IS ESTIMATED BASED UPON NORMAL APPRAISAL PRACTICES. TO COMPENSATE FOR PERCEIVED DIFFERENCES, AN ADJUSTMENT BASED UPON A $15.00 PER SQUARE FOOT FACTOR HAS BEEN APPLIED. THIS FACTOR IS TYPICAL FOR THIS MARKET AREA.

PER MLS DATA COMPARABLE 1 KITCHEN IS SUPERIOR AS COMPARED TO THE SUBJECT PROPERTY, AS A RESULT AN ADJUSTMENT WAS WARRANTED TO REFLECT THIS CONDITION. ADJUSTMENTS HAVE BEEN APPLIED IN A MANNER REFLECTIVE OF A TYPICAL BUYER IN THIS MARKETPLACE.

PERSONAL PROPERTY WAS NOT INCLUDED IN THE ESTIMATE OF FAIR MARKET VALUE.

COMMERCIAL AND INDUSTRIAL USES ARE LOCATED IN THE SUBJECT'S NEIGHBORHOOD. THESE USES ARE TYPICAL OF SIMILAR NEIGHBORHOODS AND DO NOT AFFECT THE MARKET VALUE OR FUTURE MARKETABILITY OF THE SUBJECT.

VACANT LAND USES ARE LOCATED IN THE SUBJECT'S NEIGHBORHOOD, THESE USES ARE TYPICAL OF SIMILAR NEIGHBORHOODS AND DO NOT AFFECT THE MARKET VALUE OR FUTURE MARKETABILITY OF THE SUBJECT.

THIS IS A SUMMARY APPRAISAL REPORT WHICH IS INTENDED TO COMPLY WITH THE REPORTING REQUIREMENTS SET FORTH UNDER STANDARDS OF THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE FOR A SUMMARY APPRAISAL REPORT. AS SUCH, IT PRESENTS ONLY SUMMARY DISCUSSIONS OF THE DATA, REASONING, AND ANALYSES THAT WERE USED IN THE APPRAISAL PROCESS TO DEVELOP THE APPRAISER'S OPINION OF VALUE. SUPPORTING DOCUMENTATION THAT IS NOT PROVIDED WITH THE REPORT CONCERNING THE DATA, REASONING, AND ANALYSES IS RETAINED IN THE APPRAISER'S FILE. THE DEPTH OF THE DISCUSSION CONTAINED IN THIS REPORT IS SPECIFIC TO THE NEEDS OF THE CLIENT AND FOR THE INTENDED USE STATED IN THIS REPORT. THE APPRAISER IS NOT RESPONSIBLE FOR UNAUTHORIZED USE OF THIS APPRAISAL. THE APPRAISAL REPORT IS NOT A HOME INSPECTION REPORT AND SHOULD NOT BE RELIED UPON TO REPORT THE CONDITION OF THE PROPERTY BEING APPRAISED.

SCOPE OF THE APPRAISAL:

THE SCOPE OF THIS APPRAISAL ENTAILED THE GATHERING OF SITE SPECIFIC DATA; PERSONAL INSPECTION OF THE SITE AND IMPROVEMENTS; IDENTIFICATION OF THE PROPERTY RIGHTS BEING APPRAISED AND THE TYPE OF VALUE ADDRESSED; THE COMMUNICATION OF ALL FACTS RELEVANT TO THE SUBJECT PROPERTY; CONSIDERATION OF THE FACTORS AFFECTING VALUE; THE HIGHEST AND BEST USE; CONSIDERATION OF THE COST, SALES COMPARISON AND INCOME APPROACHES TO VALUE AND EXPLANATION AND APPLICATION OF THOSE METHODOLOGIES PERTINENT TO THIS ASSIGNMENT.

THE TYPE OF VALUE THAT WAS OBTAIN IS FAIR MARKET VALUE,.

SUMMARY OF MARKET DATA

SUBJECT DATA IS COLLECTED FORM STATEMENT OF THE CLIENT AND' OWNER, PUBLIC RECORD, AND MLS AS AVAILABLE. THE PHYSICAL INSPECTION INCLUDES OBSERVATION OF GENERAL BUILDING MATERIALS AND CONDITIONS FOR COMPARISON ONLY, BUT DOES NOT INCLUDE THE TYPE OF INVESTIGATION NORMALLY PERFORMED BY PROPERTY INSPECTOR, ENVIRONMENTAL ASSESSORS, PEST AND TERMITE INSPECTORS, AND OTHER SUCH EXPERTS. ANY SUCH PROBLEMS UNDISCLOSED TO THE APPRAISER ARE TO BE CONSIDERED CONDITIONS OF THIS REPORT, AND THE APPRAISER RESERVES THE RIGHT TO MODIFY THE VALUE OPINION UPON DISCOVERY OR DISCLOSURE.

| Borrower/Client | LYNN WILLIAMS | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 282 HAMPDEN ROAD | | | | | |
| City | UPPER DARBY | County | DELAWARE | State | PA | Zip Code 19082-4807 |
| Lender | N/A | | | | | |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | | LIVING AREA BREAKDOWN | | |
|---|---|---|---|---|---|---|
| Code | Description | Size | Net Totals | Breakdown | | Subtotals |
| GLA1 | First Floor | 612.00 | 612.00 | First Floor | | |
| GLA2 | Second Floor | 612.00 | 612.00 | 18.0 x 34.0 | | 612.00 |
| | | | | Second Floor | | |
| | | | | 18.0 x 34.0 | | 612.00 |
| | TOTAL LIVABLE (rounded) | | 1224 | 2 Calculations Total (rounded) | | 1224 |

Form SKT.BldSkI — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Subject Photo Page**

| | |
|---|---|
| Borrower/Client | LYNN WILLIAMS |
| Property Address | 282 HAMPDEN ROAD |
| City UPPER DARBY | County DELAWARE    State PA    Zip Code 19082-4807 |
| Lender N/A | |



### Subject Front
282 HAMPDEN ROAD
Sales Price           N/A
Gross Living Area     1,224
Total Rooms           6
Total Bedrooms        3
Total Bathrooms       1
Location              AVERAGE
View                  AVERAGE
Site                  1,373 Sq.Ft.
Quality               AVERAGE
Age                   70+- YRS



### Subject Side



### Subject Street

Form PIC3x5.SR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Comparable Photo Page**

| Borrower/Client | LYNN WILLIAMS | | | | |
|---|---|---|---|---|---|
| Property Address | 282 HAMPDEN ROAD | | | | |
| City | UPPER DARBY | County | DELAWARE | State PA | Zip Code 19082-4807 |
| Lender | N/A | | | | |



### Comparable 1
230 KINGSTON ROAD
| | |
|---|---|
| Prox. to Subject | 0.22 miles |
| Sale Price | 68,000 |
| Gross Living Area | 1,271 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | AVERAGE |
| Site | 1,200 SF |
| Quality | AVERAGE |
| Age | 84+- YRS |



### Comparable 2
226 AVON ROAD
| | |
|---|---|
| Prox. to Subject | 0.22 miles |
| Sale Price | 60,000 |
| Gross Living Area | 1,349 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | AVERAGE |
| Site | 1,200 SF |
| Quality | AVERAGE |
| Age | 83+- YRS |



### Comparable 3
529 HAMPDEN ROAD
| | |
|---|---|
| Prox. to Subject | 0.23 miles |
| Sale Price | 65,000 |
| Gross Living Area | 1,044 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | AVERAGE |
| View | AVERAGE |
| Site | 1,120 SF |
| Quality | AVERAGE |
| Age | 79+- YRS |

Form PIC3x5.CR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

| | | | | |
|---|---|---|---|---|
| Borrower/Client | LYNN WILLIAMS | | | |
| Property Address | 282 HAMPDEN ROAD | | | |
| City UPPER DARBY | County DELAWARE | | State PA | Zip Code 19082-4807 |
| Lender N/A | | | | |



Form MAP.LOC — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE